Name: Sarah W. Brown
Address: 213 VILLA GARDEN DRIVE, APT. D
MILL VALLEY, CA 94941
Phone Number: (619) 204-1054
E-mail Address: swhittierbrown@yahoo.com
*Pro Se*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH W. BROWN<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN; (ASTRUE) Acting Commissioner, Social Security Administration<br>Defendant. | Case Number: 3:14-cv-02051-VC<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: July 3, 2014

*IT IS SO ORDERED*
*Judge Vince Chhabria*
(United States District Court, Northern District of California seal)