UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH WHITTIER BROWN,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br><br>    Defendant. | Case No. 14-cv-02051-VC<br><br>**ORDER GRANTING EXTENSION AND DIRECTING PLAINTIFF TO THE PRO SE HELPDESK**<br>Re: Dkt. No. 23 |

Plaintiff's motion for an extension of time is granted. She must file her motion for summary judgment or remand by September 26, 2014.

For Brown's benefit, the court directs her attention to the Handbook for Pro Se Litigants, which is available along with further information on the court's website at http://cand.uscourts.gov/proselitigants.  Brown may also contact the Legal Help Center, Golden Gate Avenue, 15th Floor, Room 2796, Telephone No. 415-782-8982 for free legal advice regarding her claims

**IT IS SO ORDERED.**

Dated: September 10, 2014

_____
VINCE CHHABRIA
United States District Judge

1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  SARAH WHITTIER BROWN,

   Plaintiff,

   v.

   MICHAEL J. ASTRUE,

   Defendant.

Case No. 14-cv-02051-VC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/11/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sarah Whittier Brown
General Delivery
Mill Valley, CA 94941


Dated: 9/11/2014


Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA