1  MELINDA L. HAAG
   United States Attorney
2  DONNA L. CALVERT
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ANNABELLE J. YANG
4  Special Assistant United States Attorney

5       160 Spear Street, Suite 800
        San Francisco, California 94105
6       Telephone:  (415) 977-8946
        Facsimile: (415) 744-0134
7       E-Mail:  Annabelle.Yang@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
10                     **SAN FRANCISCO DIVISION**

11

12 SARAH W. BROWN,                    )
                                      )
13            Plaintiff,              )
                                      )       Case No.  3:14-CV-02051-VC
14       v.                           )
                                      )       DEFENDANT'S MOTION FOR NEW
15                                    )       HEARING DATE
   CAROLYN W. COLVIN,                 )        AND ORDER
16 Acting Commissioner of             )
   Social Security,                   )
17            Defendant.              )
                                      )
18 _____     )

19

20        Defendant hereby moves the Court that the hearing date be postponed to April 30, 2015.

21 Defendant requests the date change due to the press of business as well as upcoming leave.

22 Defendant has conferred with Plaintiff, who has no objection to this motion and indicated that

23 she is available on April 30, 2015.

   ///
24
   ///
25
   ///
26
   ///
27
   ///
28
   ///

Dated: April 2, 2015

Respectfully submitted,

MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

By:    */s/ Annabelle J. Yang*
ANNABELLE J. YANG
Special Assistant United States Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated: April 3, 2015 _____

_____
Hon. Vince Chhabria
United States District Judge