UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SARAH WHITTIER BROWN,

          Plaintiff,

    v.

MICHAEL J. ASTRUE,

          Defendant.

Case No.  14-cv-02051-VC

**ORDER GRANTING MOTION TO FILE SUPPLEMENTAL EXHIBITS**

Re: Doc. No. 36

      Brown filed her motion for entry of supplemental exhibits at almost the same time that the Court issued its order on the cross-motions for summary judgment.  The Court considers Brown's filing to be a motion to supplement the record.  So construed, the motion is granted.  The Court has considered the supplemental exhibits and finds that they do not affect the ruling.

      **IT IS SO ORDERED.**

Dated: May 5, 2015

_____

VINCE CHHABRIA
United States District Judge

United States District Court
Northern District of California