UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH WHITTIER BROWN,<br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>　　　　Defendant. | Case No. 14-cv-02051-VC<br><br>**ORDER DENYING MOTION TO ALTER JUDGMENT**<br>Re: Dkt. No. 41 |

　　　　Brown's motion to alter the judgment is denied. Brown submitted an affidavit by Eleanor Cooney that suggests Brown was hospitalized for a few months during the three years that she and her husband were separated, but this affidavit does not affect the court's conclusion. *See* Doc. No. 36-1. The rest of Brown's motion simply reiterates her previous arguments. *See* Fed. R. Civ. P. 59(e); *Kona Enterprises, Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000) (Rule 59(e) is an "extraordinary remedy, to be used sparingly in the interests of finality and conservation of judicial resources" (citation omitted)).

　　　　**IT IS SO ORDERED.**

Dated: July 21, 2015

_____
VINCE CHHABRIA
United States District Judge